# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

140761

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 140761
COA: 286690
Oakland CC: 2007-215573-FH

ROY OWEN YARYAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk

p0616